UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**FEIN, SUCH, KAHN & SHEPARD, P.C.**
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Secured Creditor
BAYVIEW LOAN SERVICING, LLC
R.A. LEBRON, ESQ.
ZBMT1701
bankruptcy@feinsuch.com



**Order Filed on September 15, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re: | Case No.: 14-25727 CMG |
| CARL R VON OHLSEN aka<br>CARL RICHARD VON OHLSEN | Adv. No.: |
| | Hearing Date: September 21, 2016 |
| Debtor(s). | Judge: Hon. Christine M. Gravelle |

**ORDER RESOLVING OBJECTION TO CONFIRMATION AND CURING POST
PETITION ARREARS INSIDE THE CHAPTER 13 PLAN**

   The relief set forth on the following pages, numbered two (2)
through four (4) is hereby **ORDERED.**

**DATED: September 15, 2016**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtor(s): CARL R VON OHLSEN aka CARL RICHARD VON OHLSEN
Case No: 14-25727 CMG
Caption of Order: **ORDER RESOLVING OBJECTION TO CONFIRMATION AND CURING POST PETITION ARREARS INSIDE THE CHAPTER 13 PLAN**

---

Upon the Objection of FEIN, SUCH, KAHN & SHEPARD, P.C., attorneys for the Secured Creditor, BAYVIEW LOAN SERVICING, LLC, as to certain real property known as 20 DAYTON ROAD, RARITAN, NJ 08822 as set forth in the objection papers, and for good cause shown;

**ORDERED AS FOLLOWS:**

1. The Debtor is overdue for 5 months from April 1, 2016 through August 1, 2016.

2. The Debtor is overdue for 5 payments at $1,612.21 per month.

3. The amount of funds in suspense is $138.06 and same shall be applied to post petition arrears.

4. The total post petition arrearage is $7,922.99.

5. The Debtor shall cure the post petition arrearage as follows:

    a. Immediate payment in the amount of $1,474.15 by August 15, 2016.

    b. Beginning on September 1, 2016, regular monthly mortgage payments shall resume in the amount of $1,612.21.

**(Page 3)**
Debtor(s): CARL R VON OHLSEN aka CARL RICHARD VON OHLSEN
Case No: 14-25727 CMG
Caption of Order: **ORDER RESOLVING OBJECTION TO CONFIRMATION AND CURING POST PETITION ARREARS INSIDE THE CHAPTER 13 PLAN**
_____

        c.    The amount of $6,448.84 representing payments for May 1, 2016 through August 1, 2016 shall be paid through the plan.

6.    Immediate payments shall be made to the following address:

        a.    M&T Bank
              PO Box 1288, Attn: Payment Processing
              Buffalo, NY 14240-1288

7.    Regular monthly mortgage payments shall be made to the following address:

        a.    M&T Bank
              PO Box 1288, Attn: Payment Processing
              Buffalo, NY 14240-1288

8.    If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

**(Page 4)**
Debtor(s): CARL R VON OHLSEN aka CARL RICHARD VON OHLSEN
Case No: 14-25727 CMG
Caption of Order: **ORDER RESOLVING OBJECTION TO CONFIRMATION AND CURING POST PETITION ARREARS INSIDE THE CHAPTER 13 PLAN**
_____

9.   The Applicant is awarded attorneys fees of $500.00 which shall be paid inside the Chapter 13 Plan.

10.  The Court shall serve this Order on the Debtor(s), any Trustee and other party who entered an appearance on the Objection.