| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**FEIN, SUCH, KAHN & SHEPARD, P.C.**<br>Counsellors at Law<br>7 Century Drive - Suite 201<br>Parsippany, New Jersey 07054<br>(973) 538-9300<br>Attorneys for Secured Creditor<br>BAYVIEW LOAN SERVICING, LLC<br>R.A. LEBRON, ESQ.<br>ZBMT1701<br>bankruptcy@feinsuch.com | **Order Filed on September 15, 2016<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>CARL R VON OHLSEN aka<br>CARL RICHARD VON OHLSEN<br><br><br>Debtor(s). | Case No.: 14-25727 CMG<br><br>Adv. No.:<br><br>Hearing Date: September 21, 2016<br><br>Judge: Hon. Christine M. Gravelle |

**ORDER RESOLVING OBJECTION TO CONFIRMATION AND CURING POST
PETITION ARREARS INSIDE THE CHAPTER 13 PLAN**

   The relief set forth on the following pages, numbered two (2) through four (4) is hereby **ORDERED**.

**DATED: September 15, 2016**

_Honorable Christine M. Gravelle_
United States Bankruptcy Judge

**(Page 2)**
Debtor(s): CARL R VON OHLSEN aka CARL RICHARD VON OHLSEN
Case No: 14-25727 CMG
Caption of Order: **ORDER RESOLVING OBJECTION TO CONFIRMATION AND CURING POST PETITION ARREARS INSIDE THE CHAPTER 13 PLAN**

---

Upon the Objection of FEIN, SUCH, KAHN & SHEPARD, P.C., attorneys for the Secured Creditor, BAYVIEW LOAN SERVICING, LLC, as to certain real property known as 20 DAYTON ROAD, RARITAN, NJ 08822 as set forth in the objection papers, and for good cause shown;

**ORDERED AS FOLLOWS:**

1. The Debtor is overdue for 5 months from April 1, 2016 through August 1, 2016.

2. The Debtor is overdue for 5 payments at $1,612.21 per month.

3. The amount of funds in suspense is $138.06 and same shall be applied to post petition arrears.

4. The total post petition arrearage is $7,922.99.

5. The Debtor shall cure the post petition arrearage as follows:

    a. Immediate payment in the amount of $1,474.15 by August 15, 2016.

    b. Beginning on September 1, 2016, regular monthly mortgage payments shall resume in the amount of $1,612.21.

**(Page 3)**
Debtor(s): CARL R VON OHLSEN aka CARL RICHARD VON OHLSEN
Case No: 14-25727 CMG
Caption of Order: **ORDER RESOLVING OBJECTION TO CONFIRMATION AND CURING POST PETITION ARREARS INSIDE THE CHAPTER 13 PLAN**
_____

    c.    The amount of $6,448.84 representing payments for May 1, 2016 through August 1, 2016 shall be paid through the plan.

6. Immediate payments shall be made to the following address:

    a.    M&T Bank
          PO Box 1288, Attn: Payment Processing
          Buffalo, NY 14240-1288

7. Regular monthly mortgage payments shall be made to the following address:

    a.    M&T Bank
          PO Box 1288, Attn: Payment Processing
          Buffalo, NY 14240-1288

8. If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

**(Page 4)**
Debtor(s): CARL R VON OHLSEN aka CARL RICHARD VON OHLSEN
Case No: 14-25727 CMG
Caption of Order: **ORDER RESOLVING OBJECTION TO CONFIRMATION AND CURING POST PETITION ARREARS INSIDE THE CHAPTER 13 PLAN**
_____

9.  The Applicant is awarded attorneys fees of $500.00 which shall be paid inside the Chapter 13 Plan.

10. The Court shall serve this Order on the Debtor(s), any Trustee and other party who entered an appearance on the Objection.

United States Bankruptcy Court
District of New Jersey

In re:
Carl R Von Ohlsen
    Debtor

Case No. 14-25727-CMG
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Sep 15, 2016
                         Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2016.
db            +Carl R Von Ohlsen,    20 Dayton Road,    Flemington, NJ 08822-1576

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2016                                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2016 at the address(es) listed below:
            Albert    Russo    docs@russotrustee.com
            Joshua I. Goldman    on behalf of Creditor    U.S. Bank National Association, as Indenture Trustee
             of the GMACM Home Equity Loan Trust 2005-HE3 jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com
            R. A. Lebron    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
             bankruptcy@feinsuch.com
            R. A. Lebron    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com
            Rhinold Lamar Ponder    on behalf of Debtor Carl R Von Ohlsen ponderlaw@verizon.net,
             G8439@notify.cincompass.com
                                                                                                    TOTAL: 5