Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 14−25727−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Carl R Von Ohlsen
   aka Carl Richard Von Ohlsen
   20 Dayton Road
   Flemington, NJ 08822

Social Security No.:
   xxx−xx−1037

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on October 6, 2016.

On 3/28/19 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:         May 1, 2019
Time:         10:00 AM
Location:     Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: March 29, 2019
JAN: amg

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 14-25727-CMG
Carl R Von Ohlsen                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Mar 29, 2019
                              Form ID: 185             Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 31, 2019.
```
db            +Carl R Von Ohlsen,    20 Dayton Road,     Flemington, NJ 08822-1576
cr            +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER,    Phelan Hallinan & Schmieg, PC,
                400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
514958122     +AMERICAN EXPRESS,    PO BOX 981537,    EL PASO, TX 79998-1537
515191718      BAYVIEW LOAN SERVICING, LLC,    M&T BANK,    P.O. BOX 840,    BUFFALO, NY 14240-0840
514958124      CHASE,   PO BOX 15123,    WILMINGTON, DE 19850-5123
514958126      JACKSON NATIONAL LIFE INSURANCE COMPANY,    PO BOX 371425,    PITTSBURGH, PA 15250-7425
514958127     +RARITAN TWP. MUNICIPAL UTILITIES,    AUTHORITY,    365 OLD YORK ROAD,    FLEMINGTON, NJ 08822-1932
514958128     +SPECIALIZED LOAN SERVICING, LLC,    8742 LUCENT BLVD, STE. 300,    HIGHLANDS RANCH, CO 80129-2386
515058627     +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                Highlands Ranch, Colorado 80129-2386
516558686     +U.S. Bank Trust, N.A., as Trustee,    13801 Wireless Way,    Oklahoma City, OK 73134-2500
516558687     +U.S. Bank Trust, N.A., as Trustee,    13801 Wireless Way,    Oklahoma City, OK 73134,
                U.S. Bank Trust, N.A., as Trustee,    13801 Wireless Way,    Oklahoma City, OK 73134-2500
514958129     +ZWICKER & ASSOCIATES, P.C,    16 SOUTH HADDON AVENUE,    HADDONFIELD, NJ 08033-1887
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 30 2019 00:30:51      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 30 2019 00:30:48      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
514958123      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 30 2019 00:39:13      CAPITAL ONE,
                PO BOX 30281,    SALT LAKE CITY, UT 84130-0281
515163864      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 30 2019 00:39:16
                Portfolio Recovery Associates, LLC,    c/o Capital One,    POB 41067,    Norfolk VA 23541
515171403      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 30 2019 00:39:49
                Portfolio Recovery Associates, LLC,    c/o Capital One/Hsbc,    POB 41067,    Norfolk VA 23541
515814543      E-mail/PDF: gecsedi@recoverycorp.com Mar 30 2019 00:39:08      Synchrony Bank,
                c/o of Recovery Management Systems Corp,     25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
                                                                                              TOTAL: 6
```

       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
514958125    ##+FEIN SUCH KAHN & SHEPARD, PC,    7 CENTURY DRIVE,    PARSIPPANY, NJ 07054-4673
                                                                                 TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 29, 2019 at the address(es) listed below:
```
              Albert Russo    docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
               PARTICIPATION TRUST nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Indenture Trustee
               of the GMACM Home Equity Loan Trust 2005-HE3 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    U.S. Bank National Association, as Indenture Trustee
               of the GMACM Home Equity Loan Trust 2005-HE3 jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Kevin M. Buttery    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
               PARTICIPATION TRUST bkyefile@rasflaw.com
```

```
District/off: 0312-3          User: admin               Page 2 of 2                  Date Rcvd: Mar 29, 2019
                              Form ID: 185              Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Nicholas V. Rogers   on behalf of Creditor   U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com
        R. A. Lebron   on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION bankruptcy@feinsuch.com
        R. A. Lebron   on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com
        Rhinold Lamar Ponder   on behalf of Debtor Carl R Von Ohlsen ponderlaw@verizon.net, G8439@notify.cincompass.com
        Robert Davidow   on behalf of Creditor   U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com
        Sindi  Mncina   on behalf of Creditor   U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST smncina@rascrane.com

                                                                                                                                                                            TOTAL: 11

Case 14-25727-CMG    Doc 63    Filed 03/31/19    Entered 04/01/19 00:48:53    Desc Imaged
Certificate of Notice    Page 3 of 3