| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Rhinold Lamar Ponder<br>Ponder Tuck Ponder, LLC<br>208 Laurel Circle<br>Princeton, NJ 08540<br>(609) 759-0250 | **Order Filed on May 21, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br>Carl Von Ohlsen aka Carl Richard Von Ohlsen<br><br>Debtor. | Case No.: 14-25727 CMG<br>Chapter: 13<br>Judge: n. Christine Grav |

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: May 21, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Ponder Tuck Ponder_____, the applicant, is allowed a fee of $ _____300_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____300_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*