| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Ponder Tuck Ponder, LLC<br>208 Laurel Circle<br>Princeton, NJ 08540<br>ponderlaw@verizon.net<br>609.759.0250<br>Attorney for Debtor<br>#043281986 | Order Filed on December 5, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Carl R Von Ohlsen | Case No: 14-25727<br>Chapter: 13<br>Hearing Date: _____<br>Judge: Christine M. Gravell |

### CHAPTER 13 ORDER AUTHORIZING CANCELLATION, VOIDING AND/OR DISCHARGE OF RECORD OF:

☑ **MORTGAGE**    ☐ **LIEN**    ☐ **OTHER (specify)** _____

Recommended Local Form:   ☑ Followed    ☐ Modified

The relief set forth on the following page is hereby **ORDERED.**

**DATED: December 5, 2019**

_Honorable Christine M. Gravelle_
United States Bankruptcy Judge

**NOTE TO RECORDING OFFICER**: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED.

The following matters are determined and hereby ORDERED:

1. The debtor(s) has successfully completed a Chapter 13 Plan, which provides for the discharge and cancellation of record of the Mortgage/Lien referenced below.

2. The debtor(s) is entitled to have the Mortgage/Lien referenced below discharged and cancelled of record.

3. Description of Real Property:
   Location (Street Address) 20 Dayton Road, Flemington, NJ 08822

4. Description of Mortgage/Judgment Lien:
   a. Original Mortgagee/Lienholder: Weichert Financial Services
   b. Current Assignee: U.S. Bank National Association as Indenture Trustee
   c. Current Servicer: Specialized Loan Servicing, LLC
   d. Date of Mortgage/Lien: Febuary 22, 2006
   e. Date of Recordation: March 7, 2006
   f. Place of Recordation: Hunterdon County Clerk
      i. Mortgage Book: 2990
      ii. Page: 509
   g. Original Principal Balance of Mortgage/Lien: $ 20,000.00

5. The Mortgage/Lien referenced in this Order is hereby cancelled, voided, and/or discharged of record.

6. A certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

*new.4/24/14*