**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

Ponder Tuck Ponder, LLC
208 Laurel Circle
Princeton, NJ 08540
ponderlaw@verizon.net
609.759.0250
Attorney for Debtor
#043281986

Order Filed on December 5, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Carl R Von Ohlsen

Case No: 14-25727

Chapter: 13

Hearing Date: _____

Judge: Christine M. Gravell

### CHAPTER 13 ORDER AUTHORIZING CANCELLATION, VOIDING AND/OR DISCHARGE OF RECORD OF:

☑ **MORTGAGE**    ☐ **LIEN**    ☐ **OTHER** (specify) _____

Recommended Local Form:    ☑ Followed    ☐ Modified

The relief set forth on the following page is hereby **ORDERED.**

**DATED: December 5, 2019**

*Honorable Christine M. Gravelle*
United States Bankruptcy Judge

**NOTE TO RECORDING OFFICER**: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED.

The following matters are determined and hereby ORDERED:

1. The debtor(s) has successfully completed a Chapter 13 Plan, which provides for the discharge and cancellation of record of the Mortgage/Lien referenced below.

2. The debtor(s) is entitled to have the Mortgage/Lien referenced below discharged and cancelled of record.

3. Description of Real Property:
   Location (Street Address) 20 Dayton Road, Flemington, NJ 08822

4. Description of Mortgage/Judgment Lien:
   a. Original Mortgagee/Lienholder: Weichert Financial Services
   b. Current Assignee:  U.S. Bank National Association as Indenture Trustee
   c. Current Servicer:  Specialized Loan Servicing, LLC
   d. Date of Mortgage/Lien: Febuary 22, 2006
   e. Date of Recordation: March 7, 2006
   f. Place of Recordation: Hunterdon County Clerk
      i. Mortgage Book:  2990
      ii. Page:  509
   g. Original Principal Balance of Mortgage/Lien: $ 20,000.00

5. The Mortgage/Lien referenced in this Order is hereby cancelled, voided, and/or discharged of record.

6. A certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

*new.4/24/14*

United States Bankruptcy Court
District of New Jersey

In re:  
Carl R Von Ohlsen  
    Debtor

Case No. 14-25727-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Dec 06, 2019  
                     Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2019.  
db         +Carl R Von Ohlsen,    20 Dayton Road,    Flemington, NJ 08822-1576

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                     TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2019                                               Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2019 at the address(es) listed below:

       Albert   Russo    docs@russotrustee.com  
       Andrew L. Spivack    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com  
       Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Indenture Trustee of the GMACM Home Equity Loan Trust 2005-HE3 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Joshua I. Goldman    on behalf of Creditor    U.S. Bank National Association, as Indenture Trustee of the GMACM Home Equity Loan Trust 2005-HE3 jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Kevin M. Buttery    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST bkyefile@rasflaw.com  
       Nicholas V. Rogers    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com  
       R. A. Lebron    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION bankruptcy@feinsuch.com  
       R. A. Lebron    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com  
       Rhinold Lamar Ponder    on behalf of Debtor Carl R Von Ohlsen ponderlaw@verizon.net, G8439@notify.cincompass.com  
       Robert   Davidow    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com  
       Sindi   Mncina    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST smncina@rascrane.com

                                                                                                       TOTAL: 11